IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

GREAT FALLS DIVISION

| | |
|---|---|
| MICHAEL LEE HANSON,<br><br>    Plaintiff,<br><br>    vs.<br><br>CASCADE COUNTY ATTORNEY'S OFFICE, et al.,<br><br>    Defendant. | Cause No. CV 06-33-GF-SEH-CSO<br><br><br><br>FINDINGS AND RECOMMENDATION<br>OF U.S. MAGISTRATE JUDGE |

    On May 9, 2006, Plaintiff Michael Hanson moved to proceed in forma pauperis with this action under 42 U.S.C. § 1983. Hanson is proceeding pro se.

    On September 14, 2006, Hanson was ordered to supplement his motion by filing a notarized statement of the amount of money he has earned from "occasional jobs" over the past three months. The Court offered to permit him to file his information under seal. He failed to respond to the Order. The motion should be denied on the grounds that the Court is not able to determine whether Hanson meets the financial requirements for filing in forma pauperis.

    Pursuant to <u>Minetti v. Port of Seattle</u>, 152 F.3d 1113, 1114

FINDINGS AND RECOMMENDATION
OF U.S. MAGISTRATE JUDGE / PAGE 1

(9th Cir. 1998) (per curiam), Hanson is not entitled to a ten-day period to object to this Findings and Recommendation.

Based on the foregoing, the Court enters the following:

**RECOMMENDATION**

Hanson's Motion to Proceed In Forma Pauperis should be DENIED. If Hanson does not pay the full filing fee of $350.00 within twenty (20) days of the denial of his motion, the Complaint should be deemed dismissed and the case should be closed.

The Clerk of Court shall immediately forward a copy of the Findings and Recommendation to Hanson and to United States District Judge Sam E. Haddon for his review.

DATED this 9th day of November, 2006.

/s/ Carolyn S. Ostby
Carolyn S. Ostby
United States Magistrate Judge

FINDINGS AND RECOMMENDATION
OF U.S. MAGISTRATE JUDGE / PAGE 2