FILED
GREAT FALLS DIV.

'06 NOV 27 PM 1 01

PATRICK E. DUFFY, CLERK
BY _____
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MONTANA

## GREAT FALLS DIVISION

| | |
|---|---|
| MICHAEL LEE HANSON,<br><br>                Plaintiff,<br><br>vs.<br><br>CASCADE COUNTY ATTORNEY'S OFFICE; CASCADE COUNTY SHERIFF'S OFFICE; and GREAT FALLS HUMANE SOCIETY,<br><br>                Defendants. | No. CV 06-33-GF-SEH<br><br>**ORDER** |

On November 9, 2006, United States Magistrate Judge Carolyn S. Ostby entered Findings and Recommendation[1] in this matter. Plaintiff is not entitled to a ten-day period to object to the Findings and Recommendation. <u>Minetti v. Port of Seattle</u>, 152 F. 3d 1113, 1114 (9th Cir. 1998). However, this Court will review Judge Ostby's Findings and Recommendations for clear error.

Upon *de novo* review of the record, I find no clear error in Judge Ostby's Findings and Recommendation and adopt them in full.

---

[1]Docket No. 5.

-1-

ORDERED:

The *In Forma Pauperis* Application is DENIED.

FURTHER ORDERED:

Plaintiff shall pay the full filing fee of $350.00 within 20 days of the date of this Order or his complaint will be dismissed and the case closed.

DATED this 27th day of November, 2006.

SAM E. HADDON
United States District Judge